# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In Re: | CASE NO. **19-13004** |
|---|---|
| **Sylvia V. Dawson** | CHAPTER 13 |
| Debtor(s) | JUDGE HARRIS |

### DEBTOR'S MOTION TO SUSPEND PLAN PAYMENT FOR 1 MONTH

Debtor requests a 1 month retroactive suspension of plan payments:

1. Debtor changed jobs due to reduced hours at University Hospitals. She took a new clerical position at the Cleveland Clinic.
2. She will have a gap in her income stream of about one month for full pays to begin at her new employer.
3. A new pay order was filed.
4. Debtor does not have sufficient financial resources to make plan payments in the absence of receiving a paycheck

WHEREFORE, Debtor requests the court grant a one month suspension of plan payments.

Respectfully submitted,

BALENA LAW FIRM LLC

/s/ William J. Balena

_____
William J. Balena, Member (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(4400 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>**Sylvia V. Dawson**<br><br><br>Debtor(s) | CASE NO. **19-13004**<br><br>CHAPTER 13<br><br>JUDGE HARRIS |

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing debtor's motion to suspend plan payments for 1 month was served to the following:

The undersigned hereby certifies that a copy of the foregoing Motion to Suspend Plan Payment was served on September 1, 2019 to the following:

Lauren Helbling, Ch. 13 Trustee (via-ecf at ch13trustee@ch13cleve.com)

William J. Balena (via-ecf at docket@ohbksource.com)

Chrysostomos E. Manolis on behalf of Creditor U.S. Bank NATIONAL ASSOCIATION, AS cmanolis@logs.com

Shannon M. McCormick on behalf of Creditor Crossings Condominium Unit Owners Association bankruptcy@kamancus.com

Via regular mail by third party authorized notice provider Bk Attorney Services LLC on September 3, 2019:

AT&T Wireless
P.O. box 10330
Fort Wayne, IN 46851

Action Payloan
P.O. Box 7826
Shawnee Mission, KS 66207

Advance America Corp. Office
135 North Church Street
Spartanburg, SC 29306

Amsher Collection
4524 Southlake Pkwy, Suite 15
Birmingham, AL 35244

Attorney General of the United States
Main Justice Building
10th and Constitution Ave NW
Washington, DC 20530

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Caine & Weiner
5805 Sepulveda Blvd
Van Nuys, CA 91411

Cashland
17 Triangle Pk
Cincinnati, OH 45246

Charter Communications
400 Atlantic Street
Stamford, CT 06901

Check N Go
7755 Montgomery Rd
Cincinnati, OH 45236

City of Westlake
2770 Hilliard Blvd
Westlake, OH 44145

Columbia Gas
P.O. Box 742510
Columbus, OH 45274

Credit Collection
24700 Chagrin Blvd # 205
Beachwood, OH 44122

ERC
8014 Bayberry Road
Jacksonville, FL 32256

Fingerhut
P.O. Box 166
Newark, NJ 07101

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

GM Financial
P.O. Box 183621
Arlington, TX 76096

IC Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164

Illuminating Company
P.O. Box 3638
Akron, OH 44309

Inbox Credit
PO Box 881
Santa Rosa, CA 95402

LVNV Funding
P.O. Box 10497
Greenville, SC 29603

Macy's
P.O. Box 8218
Mason, OH 45050

Money Key
3422 Old Capitol Trail, #1613
Wilmington, DE 19808

Nordstrom
P.O. Box 79139
Phoenix, AZ 85062

Office of the US Attorney
Attn Bankruptcy Section
Cleveland, OH 44113-1852

Plaza Services
110 Hammond Drive
Atlanta, GA 30328

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143

Real Time Resolution
1349 Empire Central #150
Dallas, TX 75247

Security Credit Solution
P.O. Box 154
Elgin, IL 60123

Smart Solution
1501 West Jackson Avenue
Oxford, MS 38655

Spectrum
2027 West 25th Street
Cleveland, OH 44113

Trident Asset Management
5755 North Point Pkwy
Alpharetta, GA 30022

US Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Veripro Solutions Inc
PO Box 3572
Coppell, TX 75019

Wells Fargo
800 Walnut Street
Des Moines, IA 50309

Why Not Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104

BALENA LAW FIRM LLC

/s/ William J. Balena

_____
William J. Balena, Member (0019641)
Attorney for Debtor(s)